IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| APPLICATION OF CLIFFORD CHEAH ) | |
| KING MUN AND MASO CAPITAL ) | |
| INVESTMENTS LIMITED FOR AN ) | C.A. No. 22-mc-243 (MN) |
| ORDER PURSUANT TO 28 U.S.C. § 1782 ) | |
| GRANTING LEAVE TO OBTAIN ) | |
| DISCOVERY FOR USE IN FOREIGN ) | |
| PROCEEDING ) | |

## JARDINE STRATEGIC LIMITED'S NOTICE OF SUBSEQUENT AUTHORITY

Pursuant to Local Rule 7.1.2(b), Jardine Strategic Limited (the "Company") respectfully submits as subsequent authority the attached Memorandum Opinion and Order dated December 15, 2022, in which the U.S. District Court for the Southern District of New York denied Petitioners' 1782 application in *In re Application of Clifford Cheah King Mun and Maso Capital Investments Limited*, No. 1:22-MC-00163 (DLC) (the "SDNY Action"). The SDNY Action is discussed in the Company's Memorandum of Law in Opposition to the Application of Clifford Cheah King Mun and Maso Capital Investments Limited for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings filed in this action. *See* D.I. 23 at 1, 8 n.10.

|  | MORRIS, NICHOLS, ARSHT & TUNNEL LLP |
|---|---|
| | |
| | */s/ Lauren K. Neal* |
| | Lauren K. Neal (#5940) |
| | Elizabeth A. Mullin (#6380) |
| OF COUNSEL: | 1201 North Market Street |
| | Wilmington, DE  19801 |
| James Warnot | (302) 658-9200 |
| Brenda DiLuigi | lneal@morrisnichols.com |
| Elizabeth Raulston | emullin@morrisnichols.com |
| Max Blinder-Acenal | |
| LINKLATERS LLP | *Attorneys for Non-Party* |
| 1290 Avenue of the Americas | *Jardine Strategic Limited* |
| New York, NY  10104 | |
| (212) 903-9000 | |

December 16, 2022