# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>Clifford Cheah King Mun and Maso Capital Investments Limited<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 22-mc-243-MN-JLH |

## RESPONSE TO JARDINE STRATEGIC LIMITED'S NOTICE OF SUBSEQUENT AUTHORITY

Petitioners Clifford Cheah King Mun and Maso Capital Investments Limited respectfully submit this response to Jardine Strategic Limited's notice of subsequent authority (ECF No. 29) regarding the Memorandum Opinion and Order dated December 15, 2022, in *In re Application of Clifford Cheah King Mun and Maso Capital Investments Limited*, No. 1:22-MC-00163 (DLC) (the "S.D.N.Y. Decision").

The S.D.N.Y. Decision denied Petitioners' Section 1782 application on the basis that the requested discovery was not "in the responding party's possession, custody, or control." S.D.N.Y. Decision at *5 (quoting Fed. R. Civ. P. 34). By contrast, in this proceeding, Respondent Evercore, Inc. did not argue that it lacks possession, custody, or control over the requested discovery. *See* Petitioners' Application (ECF No. 2) § I.A. at 11-14; Petitioners' Reply (ECF No. 19) § I at 2-4 *cf.* Evercore Opposition (ECF No. 12) § I at 9-10. Therefore, the S.D.N.Y. Decision is not relevant to this proceeding.

Dated: December 22, 2022

Respectfully submitted,

By: <u>/s/ Mark D. Richardson</u>
Ned Weinberger
Mark D. Richardson
LABATON SUCHAROW LLP
300 Delaware Avenue, Suite 1340
Wilmington, DE 19801
Telephone: (302) 573-2540
Facsimile: (302) 573-2529
nweinberger@labaton.com
mrichardson@labaton.com

Duane L. Loft
Melissa J. Kelley
PALLAS PARTNERS (US) LLP
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300
duane.loft@pallasllp.com
melissa.kelley@pallasllp.com

Ira A. Schochet
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0864
Facsimile: (212) 883-7064
ischochet@labaton.com

Minyao Wang
REID COLLINS & TSAI LLP
420 Lexington Avenue
Suite 2731
New York, NY 10170
Telephone: (212) 344-5200
Facsimile: (212) 344-5299
mwang@reidcollins.com