IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>APPICATION OF CLIFFORD CHEAH KING MUN AND MASO CAPITAL INVESTMENTS LIMITED FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDING | C.A. No. 22-mc-243-MN-JLH |

**STIPULATION AND [PROPOSED] ORDER GRANTING
EXTENSION OF DEADLINE TO SUBMIT STATUS REPORT**

WHEREAS, on February 14, 2023, the Court entered an Order directing the parties to meet and confer and file a joint status report by March 1, 2023 (the "Order") (D.I. 31); and

WHEREAS, the parties have discussed scheduling the meet and confer, and due to availability constraints and scheduling conflicts, the parties jointly request a brief extension;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for the parties to file a joint status report pursuant to the Order is extended through and including March 8, 2023.

| LABATON SUCHAROW LLP | BAKER & HOSTETLER LLP |
|---|---|
| */s/ Mark D. Richardson*<br>Ned Weinberger (#5256)<br>Mark D. Richardson (#6575)<br>222 Delaware Avenue, Suite 1510<br>Wilmington, DE 19801<br>(302) 573-2540<br>nweinberger@labaton.com<br>mrichardson@labaton.com<br><br>*Attorneys for Petitioners* | */s/ Jeffrey J. Lyons*<br>Jeffrey J. Lyons (#6437)<br>1201 North Market Street, Suite 1407<br>Wilmington, DE 19801-1147<br>(302) 468-7088<br>jjlyons@bakerlaw.com<br><br>*Attorneys for Respondent Evercore, Inc.* |

                                                        MORRIS, NICHOLS, ARSHT & TUNNEL LLP

                                                        */s/ Elizabeth A. Mullin*
                                                        Lauren K. Neal (#5940)
                                                        Elizabeth A. Mullin (#6380)
                                                        1201 North Market Street
                                                        Wilmington, DE  19801
                                                        (302) 658-9200
                                                        lneal@morrisnichols.com
                                                        emullin@morrisnichols.com

Dated:  February 21, 2023                   *Attorneys for Respondent Jardine Strategic Limited*

IT IS SO ORDERED this ___ day of _____, 2023.

                                                               _____
                                                               THE HONORABLE JENNIFER L. HALL