# BakerHostetler

Baker&Hostetler LLP

1201 N. Market Street
Suite 1407
Wilmington, DE  19801

T  302.319.2799
www.bakerlaw.com

May 30, 2023

Jeffrey J. Lyons
direct dial: 302.468.7088
jjlyons@bakerlaw.com

**VIA ELECTRONIC FILING**

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *In re Application of Maso Capital Investments Ltd., et al.*,
             C.A. No. 22-mc-984-MN-JLH (D. Del.)

Dear Judge Hall:

        I write on behalf of Respondent Evercore, Inc. in the above referenced miscellaneous action regarding Petitioners' submission of a Notice of Subsequent Authority (the "Notice").  D.I. 34.

        The Notice, which discusses a decision from the Cayman Islands Court of Appeal, purports to be made pursuant to D. Del. LR 7.1.2(b).  *Id.* at 1.  However, the Notice is in violation of that rule because it contains material "beyond the 'citation of subsequent authorities[,]' and instead include[s] argument akin to what would be found in a brief." *Execware, LLC v. BJ's Wholesale Club, Inc.*, 2015 WL 4275314, at *2 n.4 (D. Del. July 15, 2015), *report and recommendation adopted in part and rejected in part on other grounds*, 2015 WL 5734434 (D. Del. Sept. 30, 2015); *see also Forest Lab'ys, Inc. v. Amneal Pharms. LLC*, 2015 WL 880599, at *1 n.1 (D. Del. Feb. 26, 2015) (refusing to consider several notices of supplemental authority and responses to same because they went "well beyond citing supplemental authority, and instead include[d] extensive argument akin to what would be found in a brief" in violation of D. Del. LR 7.1.2(b)).

        Evercore respectfully requests that the Court decline to consider the Notice for violating D. Del. LR 7.1.2(b).  Evercore can file a formal motion to strike the Notice if the Court prefers, and submits this letter in an attempt to conserve judicial and party resources.

        If the Court intends to rely on the Notice, Evercore respectfully requests five days in which to submit a substantive response to the Notice.

The Honorable Jennifer L. Hall
May 30, 2023
Page 2

      Counsel is available if the Court has any questions.

Respectfully,

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)


cc:  All Counsel of Record (via CM/ECF)