**Labaton Sucharow**

September 14, 2023

**Mark D. Richardson**
Partner
302 573 6939  direct
302 573 2540  main
302 573 2529  fax
mrichardson@labaton.com

Delaware Office
222 Delaware Avenue, Suite 1510
Wilmington, DE 19801

<u>VIA ECF</u>
The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *In re Application of Maso Capital Invs. Ltd.*, *et al.*,
       <u>C.A. No. 22-mc-00243-MN-JLH (D. Del.)</u>

Dear Judge Hall:

     We write on behalf of Petitioners Clifford Cheah King Mun and Maso Capital Investment Limited ("Petitioners") to the above-captioned action ("Action") concerning Petitioners' Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings (the "Application").  As an initial matter, Petitioners and their counsel wish to congratulate Your Honor for Your Honor's recent nomination to serve as a District Judge in the United States District Court for the District of Delaware.  However, in light of Your Honor's nomination and pending appointment to the District Court, Petitioners request guidance concerning how this Action will proceed.

     As Your Honor is aware, this Action was assigned to District Judge Maryellen Noreika on June 1, 2022.  On July 29, 2022, the Court issued an order referring the case to Your Honor pursuant to 28 U.S.C. § 636(b).  ECF No. 21.  On August 9, 2022, the parties submitted a joint letter informing the Court that one or more of the parties did not consent to a final determination of the Application by a Magistrate Judge.  ECF No. 25.

     Given Your Honor's nomination and pending appointment to the District Court, Petitioners wish to inquire who will be determining the Application, as a number of scenarios seem possible:[1] (1) Your Honor could determine the Application as a Magistrate Judge and submit proposed findings and recommendations to Judge Noreika, (2) Judge Noreika could vacate the referral order and decide the Application herself, (3) the Action could be transferred to Your Honor following Your Honor's appointment to the District Court, (4) the Action could be transferred to another Magistrate Judge, or (5) some other manner of proceeding.

---

[1] Petitioners do not send this letter in any effort to rush the Court or a decision on the Application. Petitioners merely wish to better understand the procedural status and potential timeline of the Action given the parallel proceedings in Bermuda underlying the Application.

Petitioners greatly appreciate Your Honor's consideration of this request and are available to participate in a conference call if that would be more efficient or otherwise preferable to Your Honor.

Respectfully submitted,

By: /s/*Mark D. Richardson*
Mark D. Richardson

*Counsel for Petitioners
Clifford Cheah King Mun and
Maso Capital Investments
Limited*

Copy: All Counsel of Record (via ECF)